1208294

JOHN T ORCUTT  
ATTORNEY AT LAW  
6616-203 SIX FORKS RD  
RALEIGH, NC 27615-0000  

IN RE  
DESHAUN ANTWAN EPPS  
6931 WICKERSHAM DRIVE  

FAYETTEVILLE, NC 28314  

Other Names Used:  
SSN or Tax I.D.         XXX-XX-9114  

CLAIM NO:  -Court-A          U.S.  

U.S. Bankruptcy Court  
1760-A Parkwood Blvd  
Wilson, NC 27893  

NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   March 20, 2013  
TIME:   10:00 AM  
PLACE:  U.S. Bankruptcy Court  
        Room 208  
        300 Fayetteville Street  
        Raleigh, NC 27602  

to consider and act on the following matters the Trustee's Motion to Dismiss and to transact all other business as may properly come before the court.

*** All parties to this matter are directed to meet with the duty trustee 30 minutes prior to the hearing set in this notice. ***

DATED:  February 18, 2013                      Stephanie J. Edmondson  
                                               Clerk of Court

| | | | |
|---|---|---|---|
| CASE: 1208294 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 02-15-2013.00421828.BLB002 | | DATED: 02/18/2013 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Robert R. Browning, Interim Trustee | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | DESHAUN ANTWAN EPPS | 6931 WICKERSHAM DRIVE<br>FAYETTEVILLE, NC 28314 |
| 799 | 000002 | JOHN T ORCUTT<br>6616-203 SIX FORKS RD | ATTORNEY AT LAW<br>RALEIGH, NC 27615-0000 |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 02/18/2013.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   02/18/2013   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail