VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Deshaun Antwan Epps
6931 Wickersham Drive
Fayetteville, NC 28314

CASE NO.: 12–08294–8–SWH

DATE FILED: November 21, 2012

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Deshaun Antwan Epps has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Deshaun Antwan Epps file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Deshaun Antwan Epps and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: March 20, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge