```
                             United States Bankruptcy Court
                             Eastern District of North Carolina
In re:                                                                  Case No. 12-08294-SWH
Deshaun Antwan Epps                                                     Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0417-8          User: smith_pa              Page 1 of 3              Date Rcvd: Mar 20, 2013
                              Form ID: van063             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2013.
db           +Deshaun Antwan Epps,    6931 Wickersham Drive,    Fayetteville, NC 28314-5152
4434421       AT&T,    P.O. Box 80517,    Charleston, SC 29416-0517
4434422      +CAC,    800 Prime Place,    Hauppauge, NY 11788-4759
4514942      +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
4434423      +Child of Camille Williams,    c/o Cumberland County Child Support,    109 Bradford Avenue 4th Floor,
               Fayetteville, NC 28301-5401
4434424       Child of Monteia Epps,    c/o Office of Child Support Enforce,    Post Office Box 1600,
               Carrollton, GA 30112-1600
4434425      +Child of Yajaira Villareal,    c/o Lawton District Child Support,
               2 S.E. Lee Boulevard, 2nd Floor,    Lawton, OK 73501-2409
4434411      +Credit Bureau,    Post Office Box 26140,    Greensboro, NC 27402-6140
4434428       Cumberland County Tax Collector,    c/o Cumberland County Manager Admin,    Post Office Box 1829,
               Fayetteville, NC 28302-1829
4434429      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
4434410       Employment Security Commission,    Attn: Benefit Payment Control,    Post Office Box 26504,
               Raleigh, NC 27611-6504
4434413       Equifax Information Systems LLC,    P.O. Box 740241,    Atlanta, GA 30374-0241
4434414       Experian,    P.O. Box 2002,    Allen, TX 75013-2002
4434430      +Maryland Department of Revenue,    301 West Preston Street,    2nd Floor,
               Baltimore, MD 21201-2305
4434412       NC Child Support,    Centralized Collections,    Post Office Box 900006,    Raleigh, NC 27675-9006
4434432       Online Collections,    Post Office Box 1489,    Winterville, NC 28590-1489
4434433      +PNC Mortgage,    Attn: Managing Agent,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
4434434      +PWC of Fayetteville,    Cross Creek,    601 North Eastern Blvd,    Fayetteville, NC 28301-5265
4434435       Santander Consumer USA,    Bankruptcy Dept/Attn: Managing Agt,    Post Office Box 560284,
               Dallas, TX 75356-0284
4440310       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4434436       The Honorable Eric Holder,    U.S. Department of Justice,    950 Pennsylvania Ave. NW,
               Washington, DC 20530-0001
4434415       Trans Union Corporation,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
4434418       US Attorney’s Office (ED),    310 New Bern Avenue,    Suite 800, Federal Building,
               Raleigh, NC 27601-1461
4434437      +Veterans Administration (ED),    Regional Office,    251 North Main Street,
               Winston-Salem, NC 27155-0002
4434438     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wells Fargo Dealer Services **,    Attn: Managing Agent,
               Post Office Box 168048,    Irving, TX 75016-8048)
4464310       Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
               Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4434420       E-mail/Text: bankruptcy@arvest.com Mar 21 2013 03:47:19     Arvest,    Post Office Box 1640,
               Lowell, AR 72745
4514942      +EDI: JEFFERSONCAP.COM Mar 21 2013 03:33:00      COLLECTO US ASSET MANAGEMNT, INC.,
               c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
4434416      +Fax: 602-659-2196 Mar 21 2013 05:08:52      ChexSystems,    Attn: Consumer Relations,
               7805 Hudson Road, Ste. 100,    Woodbury, MN 55125-1703
4434426       EDI: CRFRSTNA.COM Mar 21 2013 03:33:00      Credit First,    6275 Eastland Road,
               Brook Park, OH 44142-1399
4434427       EDI: RCSFNBMARIN.COM Mar 21 2013 03:33:00      Credit One Bank, N.A.**,    Post Office Box 98873,
               Las Vegas, NV 89193-8873
4434417       EDI: IRS.COM Mar 21 2013 03:33:00     Internal Revenue Service (ED)**,    Post Office Box 7346,
               Philadelphia, PA 19101-7346
4516582       EDI: RESURGENT.COM Mar 21 2013 03:33:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4434431       EDI: NCDEPREV.COM Mar 21 2013 03:33:00      NC Department of Revenue **,    Post Office Box 1168,
               Raleigh, NC 27602-1168
4434419       EDI: NCDEPREV.COM Mar 21 2013 03:33:00      North Carolina Dept. of Revenue**,
               Post Office Box 1168,    Raleigh, NC 27602-1168
4481232      +EDI: PHINRJMA.COM Mar 21 2013 03:33:00      Rjm Acquisitions Funding Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
4440310       EDI: DRIV.COM Mar 21 2013 03:33:00     Santander Consumer USA,    P.O. Box 560284,
               Dallas, TX 75356-0284
4434435       EDI: DRIV.COM Mar 21 2013 03:33:00     Santander Consumer USA**,
               Bankruptcy Dept/Attn: Managing Agt,    Post Office Box 560284,    Dallas, TX 75356-0284
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0417-8          User: smith_pa           Page 2 of 3              Date Rcvd: Mar 20, 2013
                              Form ID: van063          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**                          **Signature:**  _Joseph Speetjens_

```
District/off: 0417-8          User: smith_pa            Page 3 of 3              Date Rcvd: Mar 20, 2013
                              Form ID: van063           Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2013 at the address(es) listed below:

```
          James E. Vaughan    on behalf of Creditor   Santander Consumer USA, Inc. tlo@blancolaw.com,
           jev@blancolaw.com
          John T. Orcutt    on behalf of Debtor Deshaun Epps postlegal@johnorcutt.com,
           orcutt.john1@gmail.com
          Robert R Browning, Interim Trustee    chapter13@suddenlinkmail.com
          Stephen Troy Staley    on behalf of Creditor   PNC Bank, N.A. troy.staley@hsbfirm.com
                                                                                           TOTAL: 4
```

VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Deshaun Antwan Epps
6931 Wickersham Drive
Fayetteville, NC 28314

CASE NO.: 12–08294–8–SWH

DATE FILED: November 21, 2012

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Deshaun Antwan Epps has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Deshaun Antwan Epps file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Deshaun Antwan Epps and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: March 20, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge