0015-2V-EPIE2V-00424539-1456341

# United States Bankruptcy Court
For The
Eastern District of North Carolina Fayetteville Division

DESHAUN ANTWAN EPPS  
6931 WICKERSHAM DRIVE  
FAYETTEVILLE, NC 28314

Case No.: 12-08294-8-SWH  
SS #1: XXX-XX-9114

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 11 | 21 | 12 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | | | |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 04 | 04 | 13 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $          0.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| DESHAUN ANTWAN EPPS | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CUMBERLAND CO TAX ADMINIS | 013 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| INTERNAL REVENUE SERVICE | 016 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| THE HONORABLE ERIC HOLDER | 024 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| U S ATTORNEY'S OFFICE | 025 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| PNC MORTGAGE | 800 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| PNC MORTGAGE | 801 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| PNC MORTGAGE | 802 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CUMBERLAND CO TAX ADMINIS | 014 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVIC | 027 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| WELLS FARGO DEALER SERVIC | 028 | Secured | 487.88 | 0.00 | 0.00 | 487.88 |
| NC CHILD SUPPORT | 004 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| NC CHILD SUPPORT | 005 | Priority | 323.86 | 0.00 | 0.00 | 323.86 |
| CHILD OF MONTEIA EPPS | 006 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| CHILD OF MONTEIA EPPS | 007 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| CHILD OF YAJAIRA VILLAREA | 008 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| CHILD OF YAJAIRA VILLAREA | 009 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| CHILD OF YAJAIRA VILLAREA | 010 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 017 | Priority | 150.09 | 0.00 | 0.00 | 150.09 |
| MARYLAND DEPT OF REVENUE | 019 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | 020 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHN T ORCUTT | 018 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ARVEST | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JEFFERSON CAPITAL SYSTEMS | 002 | Unsecured | 703.45 | 0.00 | 0.00 | 0.00 |
| EOS CCA | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAC | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CREDIT FIRST | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LVNV FUNDING | 012 | Unsecured | 647.67 | 0.00 | 0.00 | 0.00 |
| PWC OF FAYETTEVILLE | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ONLINE COLLECTIONS | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SANTANDER CONSUMER USA | 023 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| VETERANS ADMINSTRATION | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RJM ACQ LLC | 029 | Unsecured | 119.28 | 0.00 | 0.00 | 0.00 |
| PNC BANK C/O S. TROY STA | 030 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 017 | Unsecured | 140.80 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Fayetteville Division

DESHAUN ANTWAN EPPS  
6931 WICKERSHAM DRIVE  
FAYETTEVILLE, NC 28314

Case No.: 12-08294-8-SWH  
SS #1: XXX-XX-9114

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 11 | 21 | 12 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Plan was confirmed on | | | |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Case was concluded on | 04 | 04 | 13 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $ 0.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| DESHAUN ANTWAN EPPS | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 487.88 | 473.95 | 1,611.20 | 0.00 | 0.00 | 2,573.03 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JOHN T ORCUTT | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 04/20/2013

Robert R. Browning, Interim Trustee  
P.O. Box 1618  
New Bern, NC  28563